**Order entered January 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01416-CV

## IN RE REGINALD EUGENE HALL, Relator

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA1856155-A**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's November 18, 2019 petition for writ of mandamus.

/s/    KEN MOLBERG
         JUSTICE